IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRIGGS,

    Plaintiff,

v.        1:20-cv-0651 KWR-JMR

THE UNIVERSITY OF NEW MEXICO, a
public university, THE BOARD OF REGENTS
OF THE UNIVERSITY OF NEW MEXICO,
GARNETT STOKES, individually and in her
official capacity, PAUL B. ROTH, individually
and in his official capacity, DOROTHY
ANDERSON, individually and in her official
Capacity, LAURA VELE BUCHS, individually
and in her official capacity, and KEVIN GICK,
individually and in his official capacity,

    Defendants.

## ORDER DENYING MOTION FOR AN EXTENSION

THIS MATTER comes before the Court on the University of New Mexico Board of Regent's ["UNMBOR's"] Unopposed Motion to Extend the Time for Defendant UNMBOR to Produce Files, For Plaintiff to Supplement Discovery[,] and for Pretrial Motions for 60 Days. Doc. 113. Having reviewed the motion, the Court finds that it fails to demonstrate the "extraordinary circumstances" necessary for an extension and should therefore be DENIED.

On April 11, 2024, after a hearing, the Court issued an order setting a deadline of August 8, 2024 for UNMBOR to produce case files for 250 uninvestigated complaints. Doc. 110 at 2. The Court also set a deadline of August 29, 2024 for plaintiff to supplement his requests for production, and a deadline of September 19, 2024 for the parties to file pretrial motions. *Id*. In the order, the Court advised the parties that it would "not extend these deadlines absent

extraordinary circumstances." *Id.*

In its motion, UNMBOR states only that "an issue has arisen regarding the Defendant's production of the documents by August 8, 2024." Doc. 113 at 2. UNMBOR offers no concrete explanation for the requested 60-day extension, much less an explanation demonstrating "extraordinary circumstances." The Court therefore DENIES the motion (Doc. 113) without prejudice. Any further requests for extension must demonstrate "extraordinary circumstances" and must request the shortest extension necessary.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge