IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRIGGS,

    Plaintiff,

v.                                                        No. 1:20-cv-00651 KWR-JMR

THE UNIVERSITY OF NEW MEXICO, a
public university, et al.

    Defendants.

## STIULATED ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND TIME, PAGE AND EXHIBIT LIMIT

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion for Extension of Time, Page and Exhibit Limits for his anticipated response to Defendants' Motion for Summary Judgment (Doc. 129), and Defendants having agreed to the Motion, the Court FINDS that the motion is well taken and should be granted.

IT IS ORDERED that Plaintiff may file a response brief by February 5, 2025, of up to fifty (50) pages and with up to 300 pages of exhibits. Defendants may file a reply brief with equal extensions until March 24, 2025.

                                                                   /S/
                                          THE HONORABLE KEA W. RIGGS
                                              United States District Judge

Approved by:

JACKSON LOMAN STANFORD & DOWNEY, P.C.

/s/Travis G. Jackson
Travis G. Jackson, Esq.
Sarah K. Downey, Esq.
Jackson Loman Stanford & Downey, P.C.
201 Third Street NW, Suite 1500
Albuquerque, NM 87102
Phone: (505) 767-0577
travis@jacksonlomanlaw.com
sarah@jacksonlomanlaw.com

Attorney for Plaintiff Michael S. Briggs


STIFF, GARCIA & ASSOCIATES, LLC

*Approved via email on 2/2/2025*
John Stiff, Esq.
500 Marquette Ave., NW, Suite 1400
Albuquerque, NM 87102
(505) 243-5755
jstiff@stifflaw.com

Attorneys for Defendants