IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRIGGS,

    Plaintiff,

v.                                                                           1:20-cv-00651-KWR-JMR

THE UNIVERSITY OF NEW MEXICO, a
public university, THE BOARD OF REGENTS
OF THE UNIVERSITY OF NEW MEXICO,
GARNETT STOKES, individually and in her
official capacity, PAUL B. ROTH, individually
and in his official capacity, DOROTHY
ANDERSON, individually and in her official
capacity, LAURA VELE BUCHS, individually
and in her official capacity, and KEVIN GICK,
individually and in his official capacity,

    Defendants.

## **ORDER SETTING PRE-SETTLEMENT CONFERENCES**

In preparation for the settlement conference set for Monday, February 10, 2025, the Court will conduct separate telephonic pre-settlement conferences with counsel for plaintiff(s) and counsel for defendant(s):

Counsel for Plaintiff(s): **Friday, February 07, 2025**, at 9:30 a.m.

Counsel for Defendant(s): **Thursday, February 06, 2025**, at 8:30 a.m.

The Court will call counsel at the scheduled times.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge