IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Jennifer M. Rozzoni,
United States Magistrate Judge**

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *Briggs v. University Of New Mexico, et al.* | **DATE**: | Thursday, February 06, 2025<br>Friday, February 07, 2025 |

**CASE No**:   1:20-cv-00651-KWR-JMR

**TYPE OF PROCEEDING**:   *Pre-Settlement Conferences*

**ATTORNEY(S) FOR PLAINTIFF(S):**   Travis G. Jackson

**Time in Conference:**   40 minutes

**ATTORNEY(S) FOR DEFENDANT(S):**   John S. Stiff

**Time In Conference:**   30 minutes

The Court held separate pre-settlement conferences with attorneys for plaintiff(s) and defendant(s) in preparation for the settlement conference on Monday, February 10, 2025.