IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE
MAGISTRATE JUDGE JENNIFER M. ROZZONI

Caption: *Briggs v. University Of New Mexico, et al.*
**1:20-cv-00651-KWR-JMR**

Date: **Monday, February 10, 2025 at 9:00 a.m.**

Appearances for Plaintiffs:
Travis G. Jackson *TGJ*
Sarah K. Downey *SKD*

Appearances for Defendants:
John S. Stiff *JSS*

Plaintiff(s) in Attendance:
Michael Briggs *[signature]*

Defendant(s) in Attendance:
Laura Unklesbay, State of New *[signature]*
Mexico Risk Management Division,

Gianna Mendoza, Senior Associate *[signature]*
University Counsel

Others Attending: Francie Cordova *[signature]*
Chief Compliance Officer

*[signature]*

____ Case settled. Per order filed concurrently, closing documents due on _____.

__X__ Case did not settle.

____ Settlement efforts to be continued on _____ at _____.

____ Time in Conference = __4__ hours.