IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRIGGS,

    Plaintiff,

  vs.

THE UNIVERSITY OF NEW MEXICO, a public university, THE BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO, GARNETT STOKES, individually and in her official capacity, PAUL B. ROTH, individually and in his official capacity, DOROTHY ANDERSON, individually and in her official capacity, LAURA VELE BUCHS, individually and in her official capacity, and KEVIN GICK, individually and in his official capacity,

    Defendants.

Case No.:   1:20-cv-00651 KWR-JMR

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, notice is hereby given that Plaintiff Michael Briggs appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment entered by the District Court on May 23, 2025 (Doc. 173).

JACKSON LOMAN DOWNEY & STEVENS-BLOCK, P.C.

By: /s/Travis G. Jackson
Travis G. Jackson
Sarah K. Downey
201 Third St. N.W., Ste. 1500
Albuquerque, NM 87102
Telephone: (505) 767-0577
Email: travis@jacksonlomanlaw.com
Email: sarah@jacksonlomanlaw.com
*Attorneys for Plaintiff Michael Briggs*

I HEREBY CERTIFY that on the 22nd day of June 2025, I filed the foregoing electronically, which caused all parties of records to be served by electronic means through the Court's CMECF electronic filing system.

By: /s/ Travis G. Jackson
      Travis G. Jackson